```
                              FILED
                        CLERK, U.S. DISTRICT COURT

                            Mar 17,. 2015

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:    PMC        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AUGUST CONSTRUCTION & SHORING, INC., a California corporation; AGUST ORN AGUSTSSON, an individual; BUSINESS ALLIANCE INSURANCE COMPANY, a California corporation, DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO.: CV 14-06798 SVW (PJW)<br><br>JUDGMENT PURSUANT TO STIPULATION<br><br>JS-6 |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the Laborers Health And Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers

1

281186.1

Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Funds for Southern California, and Partnership for Jobs Industry Advancement Fund (hereinafter collectively referred to as "TRUST FUNDS"), and Defendants, AUGUST CONSTRUCTION & SHORING, INC., a California corporation ("EMPLOYER") and AGUST ORN AGUSTSSON, an individual ("AGUSTSSON"), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the a fiduciary, administrator, agent and assignee for collection to the Laborers Health And Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Funds for Southern California, and Partnership for Jobs Industry Advancement Fund (collectively TRUST FUNDS) and against Defendants, Defendants, AUGUST CONSTRUCTION & SHORING, INC., a California corporation ("EMPLOYER") and AGUST ORN AGUSTSSON, an individual, individually, jointly and severally, in the principal sum of $18,684.16 covering the period from December 2012 through June 30, 2014 ("JUDGMENT").

DATED:   March 17, 2015

_____
STEPHEN V. WILSON,
UNITED STATES DISTRICT JUDGE

281186.1